# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

John Garrettson Schanck Jr.,

Debtor.

Chapter 7

Case No. 2:22-05510-MCW

**ORDER GRANTING APPLICATION FOR LIMITED ADMISSION FOR W. BARRY BLUM**

Pursuant to the Application for Limited Admission for W. Barry Blum, and good cause appearing,

IT IS ORDERED that the Limited Admission is granted to W. Barry Blum to appear and participate on behalf of the Estate of Myong-He Gayhart.

DATED AND SIGNED ABOVE